1 | ROBERT TED PARKER (SBN 43024)
PRESTON GATES & ELLIS LLP
2 | 55 Second Street, Suite 1700
San Francisco, California 94105-3493
3 | Telephone: (415) 882-8200
Facsimile: (415) 882-8220
4 |
JEFFREY C. MORGAN (SBN
5 | TROUTMAN SANDERS LLP
Bank of America Plaza
6 | 600 Peachtree Street, N.E.
Atlanta, Georgia 30308
7 | Telephone: (404) 885-3661
Facsimile: (404) 962-6530
8 |
Attorneys for AMERICAN AIRLINES, INC.
9 |

10 |

11 |                    **UNITED STATES DISTRICT COURT**

12 |                 **NORTHERN DISTRICT OF CALIFORNIA**

13 |                          **SAN JOSE BRANCH**

14 | IN RE SUBPOENA TO: GOOGLE, INC.          Misc. Act. No. CV 06-80036 MISC.

15 | AMERICAN AIRLINES, INC., Plaintiff,

16 | v.

17 | GOOGLE, INC., Defendant.

18 |

19 |      Plaintiff AMERICAN AIRLINES hereby withdraws the pending Motion to Enforce

20 | Subpoena under DMCA sec. 512(h) and requests the Court to dismiss the Miscellaneous Action as

21 | moot.

22 |                                   Respectfully submitted,

23 |

24 | DATED: March 1, 2006                 PRESTON GATES & ELLIS LLP

25 |

26 |                                   By: /s/ Robert Ted-Parker

27 |                                       ROBERT TED PARKER
                                       Attorneys for AMERICAN AIRLINES, INC.
28 |

-1-
-Case No.-

Dockets.Justia.com